MICHAEL J. DUVALL (SBN 276994)
michael.duvall@dentons.com
KATHRYN L. IGNASH (SBN 299694)
kathryn.ignash@dentons.com
CHANELL BOTSHEKAN (SBN 339667)
chanell.botshekan@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for Defendant
ROWDY BEVERAGE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CHAUCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROWDY BEVERAGE, INC.,<br><br>Defendant. | Case No. 3:23-CV-00730-BEN-BGS<br><br>**DEFENDANT ROWDY BEVERAGE, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendant ROWDY BEVERAGE, INC. ("Rowdy") provides this statement of financial interest:

Rowdy has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated: June 20, 2023　　　　　　　　　DENTONS US LLP

By: /s/ *Michael J. Duvall*
　　　Michael J. Duvall
*Attorney for Defendant*