|     |     |
| --- | --- |
| 1   | **BURSOR & FISHER, P.A.** |
| 2   | Frederick J. Klorczyk III (SBN 320783) |
|     | 888 Seventh Avenue |
| 3   | New York, NY 10019 |
|     | Tel: (646) 837-7150; Fax: (212) 989-9163 |
| 4   | Email: fklorczyk@bursor.com |
**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (SBN 320783)
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150; Fax: (212) 989-9163
Email: fklorczyk@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi
630 Fifth Avenue, Suite 2000
New York, NY 10111
Tel: (212) 884-4230; Fax: (212) 884-4230
E-Mail: adrian@gr-firm.com

Attorneys for Plaintiff,
SERGIO CHAUCA

**DENTONS US LLP**
Michael J. Duvall (SBN 276994)
Email: michael.duvall@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300; Fax: (213) 623-9924

Attorneys for Defendant
ROWDY BEVERAGE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CHAUCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROWDY BEVERAGE, INC.,<br><br>Defendant. | Case No. 3:23-CV-00730-BEN-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Sergio Chauca and Defendant Rowdy Beverage, Inc. (collectively, the "Parties") hereby notify the Court that the Parties have agreed to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing a fully integrated Settlement Agreement. The Parties intend to finalize the Settlement Agreement as soon as practicable and anticipate that the Parties will file a Joint Motion to Dismiss Plaintiff's individual claims by September 15, 2023.

Accordingly, the Parties respectfully request that the Court vacate all deadlines, hearings, and conferences set forth in the June 26, 2023 Early Neutral Evaluation Order (ECF No. 9), otherwise stay or vacate any other deadlines in this case, and set this matter for a status conference approximately 60 days from this date (which the Parties anticipate will be able to be vacated in light of the Parties' intervening motion to dismiss).

Respectfully submitted,

Dated: August 15, 2023

BURSOR & FISHER, P.A.
GUCOVSCHI ROZENSHTEYN, PLLC.


By /s/Frederick J. Klorczyk _____
    Frederick J. Klorczyk III

Attorneys for Plaintiff,
SERGIO CHAUCA
Email: fklorczyk@bursor.com


Dated: August 15, 2023

DENTONS US LLP

By: /s/Michael J. Duvall _____
    Michael J. Duvall

Attorneys for Defendant,
ROWDY BEVERAGE, INC.
Email: michael.duvall@dentons.com

-3-

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Frederick Klorczyk, counsel for Plaintiff, Sergio Chauca, and that I have obtained Mr. Klorczyk's authorization to affix his electronic signature to this document.

Dated: August 15, 2023

DENTONS US LLP

By: */s/Michael J. Duvall* _____
      Michael J. Duvall

Attorneys for Defendant,
ROWDY BEVERAGE, INC.
Email: michael.duvall@dentons.com

124733015