**BURSOR & FISHER, P.A.**
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: bscott@bursor.com

**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (*pro hac vice* forthcoming)
140 Broadway, Suite 4667
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CHAUCA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROWDY BEVERAGE, INC.,<br><br>Defendant. | Case No. 3:23-cv-00730-BEN-BGS<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

CASE NO. 3:23-cv-00730-BEN-BGS

1  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Sergio
2  Chauca ("Plaintiff") and Rowdy Beverage, Inc. ("Defendant"), through their designated counsel,
3  that this action be and is hereby dismissed **without prejudice** pursuant to Fed. R. Civ. P.
4  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiff and Defendant, through their
5  designated counsel, further stipulate that they shall each bear their own fees and costs.

Dated: November 1, 2023                Respectfully submitted,

                                       **BURSOR & FISHER, P.A.**

                                       By:  */s/ Brittany S. Scott*

                                       Brittany S. Scott (State Bar No. 327132)
                                       1990 North California Blvd., Suite 940
                                       Walnut Creek, CA 94596
                                       Telephone: (925) 300-4455
                                       Facsimile: (925) 407-2700
                                       E-mail: bscott@bursor.com

                                       **GUCOVSCHI ROZENSHTEYN, PLLC.**
                                       Adrian Gucovschi (*pro hac vice* forthcoming)
                                       140 Broadway, Suite 4667
                                       New York, NY 10005
                                       Telephone: (212) 884-4230
                                       Facsimile: (212) 884-4230
                                       E-Mail: adrian@gr-firm.com

                                       *Attorneys for Plaintiff and the Putative Class*

Dated: November 1, 2023                **DENTONS US LLP**

                                       By:  */s/ Michael J. Duvall*
                                             Michael J. Duvall

                                       Michael J. Duvall (SBN 276994)
                                       michael.duvall@dentons.com
                                       Kathryn L. Ignash (SBN 299694)
                                       kathryn.ignash@dentons.com
                                       Chanell Botshekan (SBN 339667)
                                       chanell.botshekan@dentons.com
                                       601 South Figueroa Street, Suite 2500 Los Angeles,
                                       CA 90017-5704
                                       Tel: (213) 623-9300 / Fax: (213) 623-9924

                                       Grant J. Ankrom (*pro hac vice* forthcoming)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

grant.ankrom@dentons.com
One Metropolitan Square
211 N. Broadway, Suite 3000 St. Louis, MO 63102
Tel: (314) 259-5399 / Fax: (314) 259-5959

*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael J. Duvall, counsel for Defendant, Rowdy Beverage, Inc., and that I have obtained Mr. Duvall's authorization to affix his electronic signature to this document.

Dated: November 1, 2023         By:  /s/ *Brittany S. Scott*
                                      Brittany S. Scott